UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

v.                                    Cr. No. 98-1507(PG)

NILDA NEGRON-MUÑOZ,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #9 - Motion To Set Aside Scheduled Sale. | Granted |

Date: December 14, 1999

JUAN M. PEREZ-GIMENEZ
U.S. District Judge