UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>NILDA NEGRON MUNOZ,<br>    Defendants. | CIVIL NO. 98-1507(PG) |

### ORDER

Before the Court is Plaintiff's Motion Pursuant to Local Rule 706 and Request to Continue Prosecution. The Court hereby notes that on December 4, 2000 the U.S. Bankruptcy Court dismissed Defendant's bankruptcy petition paving the way for subsequent prosecution. Plaintiff is authorized to continue further foreclosure proceedings.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 22, 2001

JUAN M. PEREZ-GIMENEZ
U.S. District Judge