UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'01 APR -2 AM 10 31
CLERK'S OFFICE
US DIST CT COURT
SAN JUAN P.R.

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

v.

Cv. No. 98-1507(PG)

NILDA NEGRON-MUÑOZ,
    Defendant.

| MOTION | ORDER |
| --- | --- |
| Docket #18 - Motion to Set Aside Scheduled Sale | **Granted** - Due to a publication error the public sales scheduled for December 19 and December 26, 2001 are hereby set aside. The U.S. Marshal is instructed to cancel the scheduled sales. |

Date: _March 30_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge