# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

v.    Cv. No. 98-1507(PG)

NILDA NEGRON-MUÑOZ,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #22 - Motion Pursuant to Local Rule 706 and Request to Continue Prosecution. | **Granted.** |

Date: October 31, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge


