UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff

v.

NILDA NEGRON-MUÑOZ
    Defendant

CIVIL NO. 98-1507(PG)

FORECLOSURE OF MORTGAGE

## MOTION REQUESTING EVICTION

TO THE HONORABLE COURT:

    COMES NOW United States of America, through the undersigned attorneys, and respectfully alleges and prays:

    1. A default judgment was issued in this case on June 16, 1999 in the instant case.

    2. Thereafter, the public sale of the property subject of this action was ordered and the same was held by the U. S. Marshal.

    3. The sale of the property was made to the United States of America and confirmed by this Honorable Court on May 17, 2002.

    4. The defendants, or other occupants, are still occupying the property and have refused to surrender the same to the legal owner, United States of America.

    WHEREFORE, plaintiff respectfully requests that the United States Marshal for this district be ordered to proceed forthwith to

United States v. Nilda Negron-Muñoz
Civil No. 98-1507(PG)
Page 2

the eviction of the defendants, or other occupants from the mortgaged property in accordance with the provisions of the judgment.

In San Juan, Puerto Rico, this 5th day of May, 2005.

                        H.S. GARCIA
                        United States Attorney


                        s/AGNES I. CORDERO
                        Assistant U. S. Attorney
                        Torre Chardón, Suite 1201
                        350 Carlos E. Chardón Street
                        San Juan, Puerto Rico 00918
                        Tel. (787) 766-5656
                        Fax  (787) 766-6219
                        Agnes.Cordero@usdoj.gov