UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>Plaintiff<br><br>v.<br><br>NILDA NEGRON-MUÑOZ<br>Defendant | CIVIL NO. 98-1507(PG)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER FOR EVICTION

Upon motion filed by plaintiff herein, and it appearing from the records of this Court that the public sale of the mortgaged property was adjudicated to the plaintiff, and that the defendants and/or present occupants are still occupying the property and have refused to surrender the same to the plaintiff:

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to evict the defendants and/or present occupants from the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:

> URBANA: SOLAR NUMERO DIEZ (10): Parcela de terreno radicado en la Urbanización Díaz del Bloque "B", en la Calle Número Tres (3), del Barrio Galateo de Toa Alta, Puerto Rico, con una cabida de OCHOCIENTOS METROS CUADRADOS (800.00 m.c.) colindando por el NORTE, con el Solar Número Once (11), en Cuarenta Metros (40.00 m.); por en SUR, en Cuarenta Metros (40.00 m.) con el Solar Número Nueve (9); por el ESTE, en Veinte Metros (20.00 m.) con la Calle Número Tres (3); y por el OESTE, en Veinte Metros (20.00 m.) Con la finca principal.

United States v. Nilda Negron-Muñoz
Civil No. 98-1507(PG)
Page 4

The property was recorded at page 246 overleaf, volume 254 of Toa Baja, Puerto Rico, property number 12,540, second inscription at the Property Registry of Bayamón, Third Section.

The mortgage was recorded at page 246 overleaf, volume 257 of Toa Baja, Puerto Rico number 12,540k, second inscription at the Property Registry of Bayamón, Third Section.

SO ORDERED in San Juan, Puerto Rico, this 16th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE