**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 98-1507(PG)** |
| DEFENDANT | TYPE OF PROCESS |
| **NILDA NEGRON-MUÑOZ** | **LETTER OF EVICTION** |

*RECEIVED & FILED*
*05 NOV 29 PH 2: 35*
*CLERK...*
*...DISTRICT COURT*
*SAN JUAN COURT*

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { **NILDA NEGRON-MUÑOZ**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**Barrio Galateo, Urb. Diaz, Calle # 10-B, Toa Alta, Puerto Rico (HC-02 Box 9011, Toa Alta, PR 00953)**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AGNES I. CORDERO
Assistant U. S. Attorney
Torre Chardón, Suite 1201
350 Carlos E. Chardón Street
San Juan, PR 00918
Attn: Foreclosure Unit/GGB/ACR
Claim No. 2005v00312

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

*DISTRICT OF PUERTO RICO*
*RECEIVED UNITED STATES MARSHAL*
*NOV 9 4 19 PH '05*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold — Fold

| Signature of Attorney other Originator requesting service on behalf of: **AGNES I. CORDERO** | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER **(787) 766-5656** | DATE **11/8/05** |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process **1** | District of Origin No. **69** | District to Serve No. **69** | Signature of Authorized USMS Deputy or Clerk *R.S. ...* | Date **11-18-05** |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date **11/22/05** — Time **10:18** ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee **$90.00** | Total Mileage Charges including *endeavors* **16.49** | Forwarding Fee **$2.00** | Total Charges **$108.49** | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: *processed served on Nilda Negron-Muñoz she indicated she will vacate home no later than Sunday and will turn over keys on Monday morning.*

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGEMENT OF RECEIPT | **FORM USM-285** Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|